UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LATHAN LYCURGUS SMITH, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendant. | Case No. 17-cv-07068-VC  **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**  Re: Dkt. No. 22 |
|---|---|

The Court has reviewed Judge Laurel Beeler's Report and Recommendation Re: Dismissal of the Case with Prejudice and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed with prejudice. A separate judgment will be issued.

**IT IS SO ORDERED.**

Dated: May 23, 2018

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHAN LYCURGUS SMITH,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA, et al.,<br>　　　　Defendants. | Case No. 17-cv-07068-VC<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on May 23, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lathan Lycurgus Smith
391 Ellis Street
San Francisco, CA 94102

Dated: May 23, 2018

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA